AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

JAN 8 2022

Nathan Ochsner, Clerk of Court

United States of America
v.
Manuel Suniga

Defendant(s)

Case No. 6:22-mj-00002

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2022__ in the county of __Victoria__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 115(a)(1)(B) | Threatens to assault, kidnap, or murder, a Federal law enforcement officer, with intent to impede, intimidate, or interfere with such officer while engaged in the performance of official duties, or with intent to retaliate against such officer on account of the performance of official duties. |

This criminal complaint is based on these facts:
see attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Forrest Johnson
Printed name and title

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed. R. Crim. P. 4.1.
And probable Cause found:

Date: January 8, 2022

_____
Judge's signature

City and state: Corpus Christi, Texas

Mitchel Neurock, U.S. Magistrate Judge
Printed name and title

## Affidavit In Support of Criminal Complaint

I, Forrest Johnson, being duly sworn, state as follows:

### I. BACKGROUND OF AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately June 2010. I am currently assigned to the Corpus Christi office within the Houston Division.

2. As part of my duties as an FBI Special Agent, I investigate criminal violations related to offenses committed against the laws of the United States including, but not limited to, white collar crimes, violent crimes, and assaults. As a Special Agent I have both led and participated in many large complex investigations. Through my training and experience I have become familiar with many tools used in investigations, including undercover operations, surveillance, and conducting interviews of witnesses, informants, and others with knowledge of the offense.

### II. BASIS AND PURPOSE OF AFFIDAVIT

3. This affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint charging Manuel SUNIGA with violating Title 18, United States Code, Section 115(a)(1)(B), which states, "Whoever threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b)."

1

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purposes set forth above, I have not included each and every fact known to me concerning this investigation.

III. **SUMMARY OF THE INVESTIGATION**

5. On or about January 5, 2022, the U.S. Marshals attempted to execute an arrest warrant for felon in possession of a weapon issued for J.D. LANE. At the time of the arrest, LANE was also the suspect in two violent armed robberies and a violent assault out of Victoria, Texas which had all occurred within the previous 24 hours of the arrest warrant execution. During the execution of the arrest warrant, a U.S. Marshal fired his handgun at LANE which resulted in LANE'S death. Law enforcement records identified LANE as a Tango West Texas gang member.

6. On or about January 6, 2022, Facebook user manuel.suniga.568 with the ID 100037387663899 posted a message to a Facebook group page stating, "When me And my Carnales Pistoleros get that Marshall that killed My Son, We are gonna kill All your family and your friends. I want you to hurt the way my family is hurting... ON GOD the way J.D would say."

7. The aforementioned message was posted to a Facebook group page titled, "Justice for JD Lane." The Facebook ID for the group page was 420759863076631.

8. According to Facebook records, Manuel Suniga was the name provided by account user manuel.suniga.568.

9. Law enforcement compared pictures of the individual purporting to be the user of manuel.suniga.568 with known pictures of Manuel SUNIGA. In comparing the images, it is believed that SUNIGA is the user of manuel.suniga.568.

10. Law enforcement believes SUNIGA is JD Lane's stepfather. Law enforcement records indicate that SUNIGA used to be married to Lane's mother.

11. Lane's mother reported to the police that she believed SUNIGA was a member of the HPL (Hermanos de Pistoleros Latinos) prison gang.

## IV. CONCLUSION

12. Based on the above information, I respectfully submit that there is probable cause to believe that Manuel Suniga has violated Title 18 U.S.C. 115(a)(1)(B).

FURTHER AFFIANT SAYETH NAUGHT.

Forrest Johnson
Special Agent
Federal Bureau of Investigation

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim P. 4.1. and probable cause found on this __8th__ day of January 2022.

HONORABLE Mitchel Neurock
United States Magistrate Judge